Chief United States District Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MARTIN BOLSA CHICA MORA, | CIVIL NO. 3:19-cv-05118-RSM |
| Plaintiff, | ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of $16,971.75, pursuant to 42 U.S.C. § 406(b). Because Ms. Gilbrough already received a fee under the Equal Access to Justice Act of $126.03, the remaining amount owed is $16,845.72.

If the Social Security Administration is still withholding this amount, it is directed to send this amount to Plaintiff's attorney, Amy Gilbrough, minus any applicable fees ordered by statute.

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [«F494»] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

DATED this 1st day of February, 2021.

                                     RICARDO S. MARTINEZ
                                     CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [«F494»] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055